UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BOB BROWN; HAILEY SINOFF; and DONALD SEIFERT, *Plaintiffs-Appellees & Cross-Appellants*, vs. CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State, *Defendant-Appellant & Cross-Appellee*. | 9th Cir. Nos. 22-35634 & 22-35673 D.C. No. 6:21-cv-92-PJW-DWM-BMM District of Montana, Helena NOTICE OF SATISFACTION OF JUDGMENT AND STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

For valuable consideration received, full satisfaction is hereby acknowledged of the Judgment entered in this action in favor of the Plaintiffs and against the Defendant on July 6, 2022. Plaintiffs authorize the Clerk of Court to enter full satisfaction of record of the Judgment.

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: May 12, 2023

/s/ *Constance Van Kley*
Constance Van Kley
Rylee Sommers-Flanagan
Upper Seven Law

*Attorneys for Plaintiffs-Appellees & Cross-Appellants*

/s/ *Emily Jones*
Brent Mead
MONTANA DEPARTMENT OF JUSTICE
Emily Jones
JONES LAW FIRM, PLLC

*Attorneys for Defendant*